

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-53,148-04

### EX PARTE MARLIN ENOS NELSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 0483164-C IN THE 178TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. The last item in the record is a withdrawal of the May 22, 2019, judgment. No other judgment is in the record.

The district clerk shall either forward to this Court the judgment that was entered following

the withdrawal of the May 22, 2019, judgment, or certify in writing that this document is not part of the record.  The district clerk shall comply with this order within thirty days from the date of this order.

Filed: August 10, 2021
Do not publish